UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRYAN FICKER,

          Plaintiff,          Civil Action No. 11-CV-1044

v.

AMERICAN CREDIT CONTROL CORPORATION

    Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bryan Ficker, hereby voluntarily dismisses this action against Defendant American Credit Control Corporation, with prejudice.

DATED: ~~September 28~~ December 31, 2012

*[signature]*

Seth␣V␣Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884